**James MACKEY, Petitioner–Appellant,**

v.

**Willie WELDON, Warden, Lieber Correctional Institution; Charles Condon, Attorney General of the State of South Carolina, Respondents–Appellees.**

**No. 01–6478.**

United States Court of Appeals,
Fourth Circuit.

Submitted July 26, 2001.

Decided Aug. 2, 2001.

James Mackey, pro se. Donald John Zelenka, Chief Deputy Attorney General, Robert Eugene Bogan, Office of the Attor-

ney General of South Carolina, Columbia, SC, for appellees.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

James Mackey seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Mackey v. Weldon,* No. CA–99–360–6 (D.S.C. Feb. 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*